THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., Plaintiff, v. DISCOVERY COMMUNICATIONS, INC., Defendant. | No. C09-0681 RSL **JOINT STATUS REPORT AND DISCOVERY PLAN** |

**JOINT STATUS REPORT AND DISCOVERY PLAN**

The parties, having met and conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, respectfully submit this Joint Status Report and Discovery Plan:

**1. A statement of the nature and complexity of the case.**

This is a patent infringement action involving four patents assigned to plaintiff, Amazon.com: U.S. Patent No. 6,006,225 (the "'225 Patent"); U.S. Patent No. 6,169,986 (the "'986 Patent"); U.S. Patent No. 6,266,649 (the "'649 Patent"); U.S. Patent No. 6,317,722 (the "'722 Patent") (collectively "the patents-in-suit").

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**2. A statement of which ADR method (mediation, arbitration, or other) should be used. The alternatives are described in Local Rule CR 39.1 and in the ADR Reference Guide which is available from the clerk's office. If the parties believe there should be no ADR, the reasons for that belief should be stated.**

The parties agree that mediation shall be the ADR method used.

**3. Unless all parties agree that there should be no ADR, a statement of when mediation or another ADR proceeding under Local Rule CR 39.1 should take place. In most cases, the ADR proceeding should be held within four months after the Report is filed. It may be resumed, if necessary, after the first session.**

The parties agree that mediation should take place after the Court's Markman ruling.

Plaintiff Amazon.com proposes that mediation occur by August 5, 2010.

Defendant Discovery proposes that Mediation occur by September 27, 2010.

**4. A proposed deadline for joining additional parties.**

The parties agree that any additional parties shall be joined no later than March 30, 2010.

**5. A proposed discovery plan that indicates:**

**A. The date on which the FRCP 26(f) conference and FRCP 26(a) initial disclosures took place;**

The parties held their FRCP 26(f) conference on September 3, 2009. The parties exchanged their FRCP 26(a) initial disclosures on September 10, 2009.

**B. The subjects on which discovery may be needed and whether discovery should be conducted in phases or be limited to or focused upon particular issues;**

Discovery is necessary on the issues of infringement, damages, validity, enforceability, and affirmative defenses. Furthermore, the parties have submitted proposed case schedules attached as Exhibit A, pursuant to local and federal rules.

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**C. What changes should be made in the limitations on discovery imposed under the Federal and Local Civil Rules, and what other limitations should be imposed;**

The parties agree that this is a case where the limit on the total number of interrogatories that a party may serve on another should be increased to thirty-five.

Plaintiff Amazon.com proposes that, given that this case involves four separate patents, the limit on the total number of depositions that each party may take, excluding the depositions of third parties, should be increased to twenty. Further, Amazon.com does not agree with the proposal set forth by Discovery below to mix discovery between this case and a separate litigation occurring in the United States District Court for the District of Delaware. Since the separate litigation between Amazon.com and Discovery in Delaware relates to different patents, different accused products, and will likely entail depositions of different witnesses, there is no need and no reason to adopt the proposal set forth by Discovery below. More specifically, if testimony is required of witnesses in multiple proceedings, the parties will work together to conserve resources and respect witness time and availability. But conflating discovery among proceedings related to distinct patents and products will both unnecessarily complicate the administrative duties of the two respective courts and provide confusing testimony.

Defendant Discovery proposes that the limit on the total number of depositions that each party may take, including the depositions of third parties, should be increased to twenty. Discovery further proposes that any deposition taken in *Discovery Communications, Inc. v. Amazon.com, Inc.*, Case No. 09-178-ER, pending in the United States District Court for the District of Delaware ("Delaware Litigation"), shall be admissible as though it were noticed and conducted in this matter, and Discovery will seek inclusion of a corollary provision in the

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

case management statement in that matter. Thus, Discovery proposes that no witness shall be deposed separately in both this matter and the Delaware Litigation absent leave of court supported by good cause.

The parties agree that no other changes to the limitations on discovery imposed by the Federal and Local Civil Rules appear to be necessary.

**D. A statement of how discovery will be managed so as to minimize expense (e.g., by foregoing or limiting depositions, exchanging documents informally, etc.); and**

The parties agree to work together to minimize discovery disputes.

**E. Any other orders that should be entered by the Court under FRCP 26(c) or under Local Rule CR 16(b) and (c).**

The parties will likely agree upon a Joint Protective Order but do not foresee a need for any further orders from the court under Local Rules CR 16(b) or (c).

**6. The date by which the remainder of discovery can be completed.**

As reflected in Exhibit A, Plaintiff Amazon.com believes that fact discovery can be completed by July 29, 2010, and that expert discovery can be completed by October 1, 2010.

Defendant Discovery believes that fact discovery can be completed by September 20, 2010, and that expert discovery can be completed by December 2, 2010.

**7. Whether the parties agree that a full-time Magistrate Judge may conduct all proceedings, including trial and the entry of judgment, under 28 U.S.C. § 636(c) and Local Rule MJR 13. The Magistrate Judge who will be assigned the case is Mary Alice Theiler. Agreement in the Report will constitute the parties' consent to referral of the case to the assigned Magistrate Judge.**

The parties agree that the case should not be assigned to a Magistrate Judge.

**8. Whether the case should be bifurcated by trying the liability issues before the damages issues, or bifurcated in any other way.**

Plaintiff Amazon.com believes that the case should not be bifurcated.

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Defendant Discovery believes it is premature to evaluate whether trial should be bifurcated.

**9. Whether the pretrial statements and pretrial order called for by Local Rules CR 16(e), (h), (i), and (l), and 16.1 should be dispensed with in whole or in part for the sake of economy.**

The parties do not wish to dispense with any of the statements or orders required by Local Rules CR 16(e), (h), (i) and (l) or 16.1.

**10. Any other suggestions for shortening or simplifying the case.**

The parties agree that a Markman hearing will be helpful to construe the asserted claims of the patents-in-suit, thereby narrowing the issues to be addressed at trial.

Plaintiff Amazon.com believes that following the guidance of this Court's Local Patent Rules will aid in expediting this matter. Although either party may bring dispositive motions as appropriate under the Rules, such proposed motions have no bearing on the discovery and claim construction deadlines that must be met to efficiently resolve the matter.

Defendant Discovery anticipates bringing an early summary judgment motion on the following bases: (i) as of April 2009 — before Amazon.com filed this suit — Discovery transferred control over the allegedly infringing instrumentality (the Discovery.com website) to a third party, Delivery Agent, and does not exercise control over the instrumentality sufficient to ground liability; (ii) before April 2009, the Discovery.com website was provided using software licensed by Amazon.com and, in the event it is not protected by license, did not infringe the patents-in-suit under any possible claim construction. Discovery believes this motion can be resolved quickly and without resort to claim construction or expert testimony. To conserve the resources of the parties and the Court, Discovery believes that time should be provided in the case calendar to hear and resolve the motion before the inception of claim construction. As reflected in Exhibit A below, Discovery therefore proposes to extend the

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

deadline for the exchange of proposed terms and claim constructions typically called for by Local Patent Rule 130(a). This proposal adds only 60 days to the calendar advocated by Amazon.

**11. The date the case will be ready for trial.**

Plaintiff Amazon.com advocates a trial beginning on January 31, 2011.

Defendant Discovery advocates a trial beginning on April 1, 2011.

**12. Whether the trial will be jury or non-jury.**

Plaintiff Amazon.com has made a timely demand for a jury trial.

**13. The number of trial days required.**

The parties estimate that seven to ten trial days will be required.

**14. The names, addresses, and telephone numbers of all trial counsel.**

**Counsel for Plaintiff Amazon.com:**

William F. Cronin, WSBA No. 8667
Corr Cronin Michelson Baumgardner & Preece LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Telephone: (206) 625-8600

Josh A. Krevitt, admitted *pro hac vice*
Y. Ernest Hsin, admitted *pro hac vice*
Sarah E. Piepmeier, admitted *pro hac vice*
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**Counsel for Defendant Discovery Communications:**

Angelo J. Calfo, WSBA No. 27029
Jeremy E. Roller, WSBA No. 32021
Yarmuth Wilsdon Calfo PLLC
818 Stewart Street, Suite 1400
Seattle, Washington 98101
Phone: (206) 516-3800

Daralyn J. Durie, admitted *pro hac vice*
Ryan Kent, admitted *pro hac vice*
Durie, Tangri, Page, Lemley, Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, California 94104
Phone: (415) 362-6666

Michael A. Jacobs, *pro hac vice* to be filed
David E. Melaugh, *pro hac vice* to be filed
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
Phone: (415) 268-7000

**15. If, on the due date of the Report, all defendant(s) or respondent(s) have not been served, counsel for the plaintiff shall advise the Court when service will be effected, why it was not made earlier, and shall provide a proposed schedule for the required FRCP 26(f) conference and FRCP 26(a) initial disclosures.**

The defendant has been served.

**16. Whether any party wishes a scheduling conference prior to a scheduling order being entered in the case.**

Plaintiff Amazon.com does not believe that a scheduling conference prior to the entrance of a scheduling order is necessary, in light of the fact that the parties' proposed schedules differ only slightly.

Defendant Discovery believes a scheduling conference would be helpful to discuss the differences between the parties' scheduling proposals and the advisability of an early

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

summary judgment motion in this matter.

Respectfully submitted this 17th day of September, 2009.

**CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP**

*s/William F. Cronin*
William F. Cronin, WSBA No. 8667
Michael A. Moore, WSBA No. 27047
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Telephone: (206) 625-8600
Facsimile: (206) 625-0900
wcronin@corrcronin.com
mmoore@corrcronin.com

Josh A. Krevitt, admitted *pro hac vice*
Y. Ernest Hsin, admitted *pro hac vice*
Sarah E. Piepmeier, admitted *pro hac vice*
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Attorneys for Plaintiff Amazon.com

**YARMUTH, WILSDON, CALFO PLLC**

*s/Angelo J. Calfo*
Angelo J. Calfo, WSBA No. 27029
Jeremy E. Roller, WSBA No. 32021
818 Stewart Street, Suite 1400
Seattle Washington, 98101
Phone: (206) 516-3800
acalfo@yarmuth.com
jroller@yarmuth.com

JOINT STATUS REPORT– Page 8
No. C09-0681 RSL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Daralyn J. Durie, admitted *pro hac vice*
Ryan Kent, admitted *pro hac vice*
**DURIE, TANGRI, PAGE, LEMLEY, ROBERTS & KENT LLP**
332 Pine Street, Suite 200
San Francisco, CA 94104
Phone: (415) 362-6666
Email: ddurie@durietangri.com
rkent@durietangri.com

Michael A. Jacobs, *pro hac vice* to be filed
David E. Melaugh, *pro hac vice* to be filed
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105
Phone: (415) 268-7000

Attorneys for Defendant
Discovery Communications, Inc.

JOINT STATUS REPORT– Page 9
No. C09-0681 RSL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies as follows:

I am employed at Corr Cronin Michelson Baumgardner & Preece LLP, attorneys of record for Defendant herein.

On September 17, 2009, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Angelo J. Calfo, WSBA No. 27029
Jeremy E. Roller, WSBA No. 32021
Yarmuth, Wilsdon, Calfo PLLC
818 Stewart Street, Suite 1400
Seattle Washington, 98101
Email: acalfo@yarmuth.com
jroller@yarmuth.com

Daralyn J. Durie, admitted *pro hac vice*
Ryan Kent, admitted *pro hac vice*
Durie, Tangri, Page, Lemley, Roberts & Kent LLP
332 Pine Street, Suite 200
San Francisco, CA 94104
Email: ddurie@durietangri.com
rkent@durietangri.com

*Attorneys for Defendant*
*Discovery Communications, Inc.*

and I hereby certify that I have delivered via U.S. Mail the document to the following non CM/ECF participants:

N/A

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED: September 17, 2009 at Seattle, Washington.

Antesha Esteves

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# EXHIBIT A

*Proposed Case Calendar*

| Event | Rule* | Calendaring Guidelines | Amazon's Proposed Date | Discovery's Proposed Date |
|---|---|---|---|---|
| 1. Deadline for FRCP 26(f) Conference | | Pursuant to Court Order (D.I. 22) | September 3, 2009 | September 3, 2009 |
| 2. Initial Disclosures Due Pursuant to FRCP 26(a)(1) | | Pursuant to Court Order (D.I. 22) | September 10, 2009 | September 10, 2009 |
| 3. Submit 26(f) plan to Court | | Pursuant to Court Order (D.I. 22) | September 17, 2009 | September 17, 2009 |
| Estimated Date Scheduling Order to Issue | | 0 | September 30, 2009 | September 30, 2009 |
| 4. Disclosure of Asserted Claims and preliminary infringement contentions | LPR 120 | Within 15 days of entry of case schedule | October 15, 2009 | October 15, 2009 |
| 5. Non-infringement and Invalidity Contentions | LPR 121 | Not later than 30 days after Event No. 4 | November 16, 2009 | November 16, 2009 |
| 6. Proposed Terms for Construction | LPR 130(a) | Not later than 20 days after Event No. 5 | December 7, 2009 | February 1, 2010 |
| 7. Preliminary Claim Construction | LPR 131(a) | Not later than 30 days after Event No. 6 | January 6, 2010 | March 3, 2010 |
| 8. Joint Claim Construction and Prehearing Statement Due | LPR 132(a) | Not later than 45 days after Event No. 7 | February 22, 2010 | April 19, 2010 |
|    a. Construction Expert Disclosures | LPR 132(f) | Not later than 45 days after Event No. 7 | February 22, 2010 | April 19, 2010 |
| 9. Completion of Claim Construction Discovery | LPR 133 | Not later than 50 days after Event No. 8 | April 13, 2010 | June 8, 2010 |
| 10. Opening Claim Construction Brief | LPR 134(a) | Not later than 55 days after Event No. 8 | April 19, 2010 | June 14, 2010 |

| Event | Rule* | Calendaring Guidelines | Amazon's Proposed Date | Discovery's Proposed Date |
|---|---|---|---|---|
| 11. Responsive Claim Construction Brief | LPR 134(c) | Not later than 15 days after Event No. 10 | May 4, 2010 | June 29, 2010 |
| 12. Claim Construction Hearing | LPR 135 | Per Court Order and party request | May 27, 2010 (est.) | July 20, 2010 (est.) |
| Settlement conference | CR 39.1(c)(2) | 30 days before mediation | July 6, 2010 | August 28, 2010 |
| Completion of fact discovery | CR 16(f) | at least 120 days prior to trial date | July 29, 2010 | September 20, 2010 |
| Mediation | CR 39.1(c)(3) | 30 days after settlement conference | August 5, 2010 | September 27, 2010 |
| Opening expert reports for burden of proof issues | FRCP 26(a)(2) | At least 90 days before trial date | August 12, 2010 | October 4, 2010 |
| Rebuttal expert reports due | FRCP 26(a)(2) | 30 days after opening reports due pursuant to FRCP 26(a)(2)(C)(ii) | September 13, 2010 | November 3, 2010 |
| Completion of expert discovery | CR 16(f) | at least 120 days prior to trial date | October 1, 2010 | December 2, 2010 |
| Deadline to file dispositive motions<br>Will be noted for consideration no earlier than 4 Fridays after filing pursuant to CR 7(d) | CR 16(g) | at least 90 days prior to trial date | November 2, 2010 | December 31, 2010 |
| Plaintiff's Pretrial Statement | CR 16(h) | 30 days before Agreed Pretrial Order | November 30, 2010 | January 31, 2011 |
| Defendant's Pretrial Statement | CR 16(i) | 20 days before Agreed Pretrial Order | December 10, 2010 | February 10, 2011 |

| Event | Rule* | Calendaring Guidelines | Amazon's Proposed Date | Discovery's Proposed Date |
|---|---|---|---|---|
| All motions *in limine* must be filed<br>Will be noted on the motion calendar seven judicial days thereafter pursuant to CR7(d)(2) | | | December 15, 2010 | February 11, 2011 |
| Conference of attorneys – plaintiff's counsel to arrange | CR 16(k) | At least 10 days before Agreed Pretrial Order | December 20, 2010 | February 18, 2011 |
| Deadline for Agreed Pretrial Order | CR 16(e), 16.1 | At least 30 days before trial | December 30, 2010 | March 2, 2011 |
| Pretrial conference to be scheduled by the Court | | | | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | | | January 14, 2011 | February 14, 2011 |
| Trial Date | | | January 31, 2011 | April 1, 2011 |
| * LPR = W.D. Wa Local Patent Rule;<br>CR = W.D. Wa Local Civil Rules;<br>FRCP = Federal Rules of Civil Procedure | | | | |