HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DISCOVERY COMMUNICATIONS, INC.,<br><br>　　　　　Defendant. | Case No. 2:09-cv-00681-RSL<br><br>**JOINT STIPULATION AND MOTION FOR ORDER TO EXTEND CERTAIN DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>January 14, 2010 |

WHEREAS currently scheduled deadlines in this matter include the following:

(1)　Pursuant to this Court's order dated December 9, 2009, the deadlines for the parties to –

- Exchange Proposed Terms and Claim Elements for Construction is January 15, 2010, pursuant to Local Patent Rule 130; and

- Exchange Preliminary Claim Constructions and Extrinsic Evidence is February 5, 2010, pursuant to Local Patent Rule 131; and

(2)　Pursuant to this Court's order dated January 7, 2010, the last day to move to join parties and amend pleadings is January 18, 2010;

WHEREAS, in order to permit the parties additional time to exchange proposed claim terms and constructions closer to the deadline to submit their joint claim construction statement and to facilitate better submissions for the Court's benefit (and without adversely

**JOINT STIPULATION AND MOTION FOR ORDER - 1**
Case No. 2:09-cv-00681-RSL

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304
(650) 849-5322

impacting the Court's Scheduling Order), Defendant Discovery Communications, Inc. ("Discovery") has proposed extending the deadline to exchange proposed claim terms and elements for construction to February 5, 2010, and extending the deadline to exchange preliminary claim constructions and extrinsic evidence to February 25, 2010;

WHEREAS Discovery has filed a Motion for Summary Judgment of No Infringement (Doc. No. 40), and Discovery's production of discovery in connection with that motion is ongoing; and

WHEREAS, Plaintiff Amazon.com, Inc. ("Amazon") believes that such discovery will inform the joinder of additional parties and amendment of pleadings;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by undersigned counsel for Plaintiff Amazon and Defendant Discovery, subject to the approval of the Court, that:

- The parties will Exchange Proposed Terms and Claim Elements for Construction on February 5, 2010, pursuant to Local Patent Rule 130;
- The parties will Exchange Preliminary Claim Constructions and Extrinsic Evidence on February 25, 2010, pursuant to Local Patent Rule 131; and
- The last day to move to join parties and amend pleadings shall be extended to January 29, 2010.

Dated this 14th day of January, 2010.

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE

/s William F. Cronin
William F. Cronin, WSBA No. 08667
1001 4th Ave # 3900
Seattle, WA 98154-1051
Telephone:    (206) 621-1406
Facsimile:    (206) 625-0900

YARMUTH WILSDON CALFO PLLC

/s Jeremy E. Roller (per phone authorization)
Angelo J. Calfo, WSBA No. 27079
Jeremy E. Roller, WSBA No. 32021
818 Stewart Street, Suite 1400
Seattle, WA 98101
(206) 516-3800 (office)
(206) 516-3888 (fax)

**JOINT STIPULATION AND MOTION FOR ORDER - 2**
Case No. 2:09-cv-00681-RSL

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304
(650) 849-5322

1
2
3
4
5
6

JOSH A. KREVITT*
Y. ERNEST HSIN*
SARAH E. PIEPMEIER*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone:   (212) 351-4000
Facsimile:    (212) 351-3045
*admitted *pro hac vice*

MICHAEL JACOBS*
DAVID E. MELAUGH*
DEOK KEUN M. AHN*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
(415) 268-7455  (office)
(415) 268-7522  (fax)
*admitted *pro hac vice*

*Attorneys for Plaintiff Amazon.com, Inc.*

*Attorneys for Defendant Discovery Communications, Inc.*

## ORDER

IT IS SO ORDERED, this ___ day of January, 2010.

_____
JUDGE ROBERT S. LASNIK

**JOINT STIPULATION AND MOTION FOR ORDER - 3**

Case No. 2:09-cv-00681-RSL

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304
(650) 849-5322

## CERTIFICATE OF SERVICE

The undersigned hereby certifies as follows:

I am employed at Corr Cronin Michelson Baumgardner & Preece LLP, attorneys of record for Plaintiff herein.

On January 14, 2010, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Angelo J. Calfo, WSBA No. 27029
>Jeremy E. Roller, WSBA No. 32021
>YARMUTH, WILSDON, CALFO PLLC
>818 Stewart Street, Suite 1400
>Seattle Washington, 98101
>Email: acalfo@yarmuth.com; jroller@yarmuth.com
>
>Michael A. Jacobs, *pro hac vice*
>David E. Melaugh, *pro hac vice*
>MORRISON & FOERSTER LLP
>425 Market Street
>San Francisco, California 94105
>Phone: (415) 268-7000
>mjacobs@mofo.com; dmelaugh@mofo.com; dahn@mofo.com
>
>*Attorneys for Defendant Discovery Communications, Inc.*

and I hereby certify that I have delivered via U.S. Mail the document to the following non CM/ECF participants:

N/A

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED: January 14, 2010 at Seattle, Washington.

_____
Antesha Esteves

**JOINT STIPULATION AND MOTION FOR ORDER - 4**
Case No. 2:09-cv-00681-RSL
288 07 ka146702

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5322