1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

_____
                                                    )
AMAZON.COM, INC.,                        )        No. C09-0681RSL

9
                                                    )
                          Plaintiff,          )

10              v.                               )
                                                    )        ORDER GRANTING PLAINTIFF'S
11   DISCOVERY COMMUNICATIONS, INC.,   )        MOTION TO COMPEL
                                                    )
12                        Defendant.        )
_____)

13

14            This matter comes before the Court on "Amazon.com, Inc.'s Motion to Compel

15   Discovery of the Accused Discovery On-Line Store." Dkt. # 69.  Plaintiff asserts that

16   defendant's on-line store infringes four of plaintiff's patents related to refining search queries

17   and/or providing product recommendations.  The allegations of the complaint are not limited by

18   date:  plaintiff alleges that defendant "has been, currently is, and will continue to directly and/or

19   indirectly infringe" plaintiff's patents.  Complaint at ¶¶ 10, 13, 16, and 19.  Plaintiff seeks

20   information regarding prior iterations of defendant's website to determine the duration of

21   Discovery's infringement.  Having reviewed the memoranda, declarations, and exhibits

22   submitted by the parties, the Court finds as follows:

23            (1)  This matter can be decided on the papers.  Defendant's request for oral argument is

24   DENIED.

25            (2)  Plaintiff's preliminary infringement contentions set forth specific theories of

26   infringement and explicitly contend that the accused website "has operated in the past using

ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL

1    URLs other than http://store.discovery.com, including at least http://www.discoverystore.com

2    and http://shopping.discovery.com." Decl. of Brian Ankenbrandt (Dkt. # 70), Ex. 1 at 2.

3    Defendants argue that this contention is false, but refuse to provide discovery regarding the prior

4    iterations of its website.

5          (3)  Despite its refusal to provide discovery, defendant has presented evidence regarding

6    its pre-April 1, 2009, website in support of its motion for summary judgment.

7          (4)  Plaintiff has diligently sought information regarding the prior iterations of

8    defendant's website.  This information has not been public since the date on which this action

9    was filed and, in the absence of the requested discovery, plaintiff will be unable to determine

10   how long the alleged infringement has continued.

11         (5)  Contrary to defendant's somewhat misleading assertions of production, there is no

12   evidence that defendants have provided any documents that are responsive to plaintiff's

13   discovery requests.

14         (6)  Discovery's non-disclosure was not substantially justified.  Plaintiff is entitled to an

15   award of the reasonable expenses incurred in making this motion, including attorney's fees.

16

17         For all of the foregoing reasons, plaintiff's motion to compel is GRANTED.

18   Defendant shall, within twenty-one days of this order, supplement its responses to

19   Interrogatories No. 1, 2, 3, and 7 and Requests for Production No. 14-25, 28, 32, 35, and 41 in

20   accordance with this order for the period May 15, 2003, to the present.  Plaintiff shall submit,

21   within ten days of this order, a declaration regarding the reasonable fees and costs incurred in

22   making this motion.

23         Dated this 28th day of May, 2010.

24                                          *MWS Lasnik*

25                                          Robert S. Lasnik

26                                          United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL                        -2-