Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMAZON.COM, INC., <br><br>             Plaintiff, <br><br>    v. <br><br> DISCOVERY COMMUNICATIONS, INC., <br><br>             Defendant. | No. 2:09-cv-0681-RSL <br><br> DISCOVERY COMMUNICATIONS' NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT <br><br> Withdrawn Motion Noted on Calendar: June 4, 2010 |

In light of this Court's Order (Dkt No. 84) on plaintiff Amazon.com's Motion to Compel (Dkt. No. 69), defendant Discovery Communications withdraws its Motion for Summary Judgment of No Infringement (Dkt. No. 40) and requests that this Court remove that motion from the Court's motion calendar.

//

//

//

DISCOVERY COMMUNICATIONS' NOTICE OF
WITHDRAWAL OF MOTION FOR SUMMARY
JUDGMENT OF NO INFRINGEMENT
NO. 2:09-cv-0681-RSL – Page 1

YARMUTH WILSDON CALFO

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

DATED: June 3, 2010

        YARMUTH WILSDON CALFO PLLC

        */s/ Jeremy E. Roller*
        Angelo J. Calfo, WSBA No. 27079
        Jeremy E. Roller, WSBA No. 32021
        818 Stewart Street, Suite 1400
        Seattle, WA 98101
        Telephone: 206.516.3800
        Facsimile: 206.516.3888
        Email:  acalfo@yarmuth.com
                jroller@yarmuth.com

        MORRISON & FOERSTER LLP

        Michael A. Jacobs (*pro hac vice*)
        Grant Kim (*pro hac vice*)
        Deok Keun Matthew Ahn (*pro hac vice*)
        425 Market Street
        San Francisco, California  94105
        Telephone: 415.268.7000
        Facsimile: 415.268.7600
        Email:  MJacobs@mofo.com
                GKim@mofo.com
                DAhn@mofo.com

        Attorneys for Defendant Discovery Communications, Inc.

DISCOVERY COMMUNICATIONS' NOTICE OF
WITHDRAWAL OF MOTION FOR SUMMARY
JUDGMENT OF NO INFRINGEMENT
NO. 2:09-cv-0681-RSL – Page 2

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Josh A. Krevitt     jkrevitt@gibsondunn.com
Sarah E. Piepmeier     spiepmeier@gibsondunn.com
Y. Ernest Hsin     ehsin@gibsondunn.com
GIBSON DUNN & CRUTCHER

William F. Cronin     wcronin@corrcronin.com
Michael A. Moore     mmoore@corrcronin.com
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 3rd day of June, 2010 at Seattle, Washington.

             *s/Kelly M. Kennedy*
             Kelly M. Kennedy, Legal Assistant

DISCOVERY COMMUNICATIONS' NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT
NO. 2:09-cv-0681-RSL – Page 3

587.01

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888