1

HON. ROBERT S. LASNIK

2

3

4

**09-CV-00681-IFP**

5

6

7

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

8

9

10  AMAZON.COM, INC.,

11                  Plaintiff,

12        v.

13  DISCOVERY COMMUNICATIONS, INC.,

14                  Defendant.

15

| | |
|---|---|
| | Case No. 2:09-cv-00681-RSL |
| | **JOINT STIPULATION AND MOTION FOR NEW SCHEDULING ORDER** |
| | <u>NOTE ON MOTION CALENDAR:</u> July 28, 2010 |

16        WHEREAS, a scheduling conflict has arisen for counsel for plaintiff Amazon.com,

17  Inc. ("Amazon") with respect to the date currently set for the <u>Markman</u> hearing (September

18  16, 2010), and counsel for defendant Discovery Communications, Inc. ("Discovery") is

19  scheduled to be at trial in another matter in October 2010;

20        WHEREAS, on July 7, 2010, the parties filed a Joint Submission Re: Potential

21  Technical Advisors (Dkt. No. 94) in which Discovery proposed Professor Daniel Weld as a

22  potential advisor to the Court for claim construction, and Professor Weld has subsequently

23  become unavailable for the <u>Markman</u> hearing on September 16, 2010;

24        WHEREAS, the parties are engaged in co-pending patent litigation in the United

25  States District Court for the District of Delaware (case no. C09-178-ER) (the "Delaware

26  action"), and the co-pending litigation is in the process of consolidation with a related lawsuit

27  (case no. C10-600-ER);

28        WHEREAS, the parties accordingly anticipate a four-month extension of the schedule

1

JOINT STIPULATION AND MOTION
FOR NEW SCHEDULING ORDER

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5322

in the Delaware action;

WHEREAS, Discovery desires to maintain the relative timing of the schedules in this action and the Delaware action;

WHEREAS, counsel for Amazon and for Discovery have met and conferred to discuss the current schedule in this action, and the parties have agreed, subject to approval of the Court, that the schedule in this action should be extended by approximately three months;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by undersigned counsel for Plaintiff Amazon and Defendant Discovery, subject to the approval of the Court, that the schedule in this action, previously set in the Court's Amended Order Setting Trial Date and Related Dates dated March 15, 2010, shall be revised as follows:

| Event | Current Schedule | [Proposed] New Schedule |
|---|---|---|
| **TRIAL DATE** | June 6, 2011 | September 12, 2011 (or thereafter[1]) |
| Joint claim construction and prehearing statement due pursuant to Local Patent Rule 132 | July 29, 2010 | October 21, 2010 |
| Opening claim construction briefs due (24 page limit) | August 19, 2010 | November 11, 2010 |
| Responsive claim construction briefs due (24 page limit) | September 2, 2010 | December 2, 2010 |
| Markman hearing at 9:00 a.m. | September 16, 2010 | December 16, 2010 (or thereafter[1]) |
| Reports from expert witnesses under FRCP 26(a)(2) due | December 18, 2010 | March 28, 2011 |
| Rebuttal expert reports due | January 17, 2011 | April 25, 2011 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR 7(d) or CR | | |

---

[1] Subject to the Court's availability, the parties respectfully request that the Court set dates for trial and for the Markman hearing on or as soon as practicable after the dates indicated.

JOINT STIPULATION AND MOTION
FOR NEW SCHEDULING ORDER

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5322

| Event | Current Schedule | [Proposed] New Schedule |
|---|---|---|
| 37(a)(1)(B) | | |
| Discovery completed by | March 18, 2011 | June 24, 2011 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)(3)) | March 18, 2011 | June 24, 2011 |
| Settlement conference per CR 39.1(c)(2) held no later than | April 7, 2011 | July 14, 2011 |
| Mediation per CR 39.1(c)(3) held no later than | May 7, 2011 | August 12, 2011 |
| All motions *in limine* must be filed by and noted on the motion calendar no earlier than the second Friday thereafter | May 9, 2011 | August 15, 2011 |
| Agreed pretrial order due | May 25, 2011 | August 31, 2011 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | June 1, 2011 | September 7, 2011 |
| Length of Trial:  7-10 days | Jury | Jury |

Respectfully submitted this 28th day of July, 2010.

*/s/ Brian Ankendbrandt*
Josh A. Krevitt*
Y. Ernest Hsin*
Sarah E. Piepmeier*
Brian Ankenbrandt*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000; Fax: (212) 351-3045
*admitted *pro hac vice*

3

JOINT STIPULATION AND MOTION
FOR NEW SCHEDULING ORDER

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304
(650) 849-5322

William F. Cronin, WSBA No. 8667
Michael A. Moore, WSBA No. 27047
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 4th Ave., Suite 3900
Seattle, WA 98154-1051
Tel:(206) 621-1406; Fax: (206) 625-0900

*Attorneys for Plaintiff Amazon.com, Inc.*

/s/ Jeremy E. Roller (per email authorization)
Angelo J. Calfo, WSBA No. 27079
Jeremy E. Roller, WSBA No. 32021
YARMUTH WILSDON CALFO PLLC
818 Stewart Street, Suite 1400
Seattle, WA  98101
Tel:  (206) 516-3800; Fax: (206) 516-3888

Michael Jacobs*
Deok Keun M. Ahn*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Tel: (415) 268-7455; Fax: (415) 268-7522
*admitted *pro hac vice*

*Attorneys for Defendant Discovery
Communications, Inc.*

## ORDER

Based on the foregoing, IT IS SO ORDERED.

Dated this  2nd  day of  August , 2010.

_____
HONORABLE ROBERT S. LASNIK

JOINT STIPULATION AND MOTION
FOR NEW SCHEDULING ORDER

4

Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304
(650) 849-5322