|   |   |
|---|---|
| AMAZON.COM, INC., | No. 2:09-cv-0681-RSL |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO FILE UNDER SEAL** |
| DISCOVERY COMMUNICATIONS, INC., | |
| Defendant. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THIS MATTER having come for hearing before this Court on the "Joint Motion to File Under Seal" (Dkt. # 153) and the Court having reviewed the files and records herein and deeming itself fully advised, now, therefore,

**IT IS HEREBY ORDERED** that the "Joint Motion to File Under Seal" is GRANTED. The unredacted "Declaration of William F. Cronin in Support of Motion to File Under Seal" (Dkt. #155) and the "Joint Stipulation and Motion to Extend Stay and [Proposed] Order" (Dkt. # 156) shall remain under seal.

ORDER GRANTING JOINT MOTION TO FILE
UNDER SEAL – PAGE 1
NO. 2:09-CV-0681-RSL

1
2        Dated this 27th day of May, 2011.

3
                                        *Robert S. Lasnik* (signature)
4                                        Robert S. Lasnik
                                          United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING JOINT MOTION TO FILE
UNDER SEAL – PAGE 2
NO. 2:09-CV-0681-RSL