UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC.,

                Plaintiff,

    v.

DISCOVERY COMMUNICATIONS, INC.,

                Defendant.

No. 2:09-cv-0681-RSL

**SECOND ORDER STAYING PROCEEDINGS**

      This matter comes before the Court on the parties' "Joint Stipulation and Motion to Extend Stay and [Proposed] Order." Dkt. # 156. Having reviewed the motion and declaration submitted by the parties, the motion is GRANTED. All proceedings in this case are hereby STAYED until June 29, 2011. The Clerk of Court is directed to renote "Discovery Communications, Inc.'s Motion for Leave to File Four Discrete Summary Judgment Motions" (Dkt. #129) on the Court's calendar for Friday, July 1, 2011.

      SO ORDERED this 27th day of May, 2011.

*/s/ Robert S. Lasnik*

HONORABLE ROBERT S. LASNIK
United States District Judge